```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 15180
   MARYETTA WILLIAMS-SNIDER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-9008


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/19/2005 and was confirmed 06/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.39% from remaining funds.

     The case was paid in full 07/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
CITIZENS BANK           SECURED            19650.00        2006.72       19650.00
BRIAN S GLASS           UNSECURED           7904.86            .00        1295.50
CITIZENS BANK           UNSECURED           8849.96            .00        1450.39
CITIBANK                SECURED NOT I    NOT FILED            .00             .00
BANK OF AMERICA         UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL FILED LATE         5929.20            .00             .00
BRIAN S GLASS           NOTICE ONLY      NOT FILED            .00             .00
ECMC                    UNSECURED           6539.42            .00        1071.73
TIMOTHY K LIOU          DEBTOR ATTY        1,924.20                       1,924.20
TOM VAUGHN              TRUSTEE                                           1,646.46
DEBTOR REFUND           REFUND                                              664.24

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                29,709.24

PRIORITY                                              .00
SECURED                                         19,650.00
    INTEREST                                     2,006.72
UNSECURED                                        3,817.62
ADMINISTRATIVE                                   1,924.20
TRUSTEE COMPENSATION                             1,646.46
DEBTOR REFUND                                      664.24
                       --------------        --------------
TOTALS                 29,709.24              29,709.24
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 15180 MARYETTA WILLIAMS-SNIDER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                   /s/ Tom Vaughn

Dated: 10/29/08                              _____
                                                           TOM VAUGHN
                                                           CHAPTER 13 TRUSTEE